UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-6401-PAB

UNITED STATES OF AMERICA,

v.

JORGE LUIS HERNANDEZ VILLAZON,

    Defendant.
_____/

## NOTICE OF TEMPORARY APPEARANCE

    Nestor E. Menendez of DiFalco & Fernandez, LLLP enters this temporary appearance as counsel on behalf of JORGE LUIS HERNANDEZ VILLAZON in the above styled cause. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

    Respectfully submitted,

/s/   Nestor E. Menendez
Nestor E. Menendez
Fla. Bar No. 1018644
nem@dflllp.com

**DIFALCO & FERNANDEZ, LLLP**
1 Alhambra Plaza, Suite 1460
Coral Gables, FL 33134
Tel: (305) 569-9800
Fax: (866) 569-0666

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2025, a true and correct of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of filing to all counsel and parties of record.

/s/ *Nestor E. Menendez*
Nestor E. Menendez